UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
VERONICA MADDY, on behalf of herself and all
others similarly situated,

                     Plaintiff,                   **22-CV-4628 (PGG) (VF)**

        -against-                          **ORDER**

NEORA, LLC,

                     Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Per the Court's August 18, 2022 order, the parties were directed to submit an update on the status of settlement by September 30, 2022 (ECF No. 10). The parties have not filed an update with the Court. The parties are directed to file an update on the status of settlement by October 14, 2022.

                     **SO ORDERED.**

DATED:     New York, New York
              October 6, 2022

                                               VALERIE FIGUEREDO
                                               United States Magistrate Judge